THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN J. GAINEY, Appellant.

*People* v. *Gainey,* 107 App. Div. 631, affirmed.
(Argued May 4, 1906; decided May 22, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered Jan-
uary 18, 1906, which affirmed a judgment of the Tompkins
County Court rendered upon a verdict convicting the defend-
ant of the crime of " keeping a room for gambling purposes,"
and also affirmed orders overruling a demurrer to the indict-
ment and denying a motion in arrest of judgment.

*Edward J. Mone* for appellant.

*Willard M. Kent* for respondent.

Judgment affirmed ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and HISCOCK, JJ.

---

NELLIE I. GROWER, as Administratrix of the Estate of GEORGE
M. GROWER, Deceased, Appellant, *v.* THE NEW YORK CEN-
TRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Grower* v. *N. Y. C. & H. R. R. R. Co.,* 109 App. Div. 910, affirmed.
(Argued May 7, 1906; decided May 22, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 6, 1905, affirming a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court at
a Trial Term in an action to recover for the death of plaintiff's
intestate alleged to have been caused by defendant's negligence.

*P. C. J. De Angelis* for appellant.

*Charles T. Titus* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER
and WILLARD BARTLETT, JJ. Not sitting : HISCOCK, J.